IN THE UNTED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-19-FL

| | |
|---|---|
| JENNIFER POORE, as Administrator of the ESTATE OF THOMAS EUGENE MARTIN, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ORDER ALLOWING JOINT MOTION TO STAY DEADLINES PENDING PRIVATE MEDIATION |

UPON CONSIDERATION of the parties' Joint Motion to Stay Deadlines Pending Private Mediation and the entire record,

IT IS HEREBY ORDERED that on this <u>13th</u> day of <u>Sept.</u>, 2018, that the parties' joint motion is GRANTED:

IT IS ORDERED FURTHER THAT:

1. Plaintiff will serve responses and/or objections to Defendant's First Set of Interrogatories, Defendant's First Request for Production of Documents, and Defendant's First Request for Admission on or before September 10, 2018.

2. Defendant will review and provide all comments and objections on or before October 1, 2018.

3. Plaintiff will produce all additional material and/or objections thereto on or before October 11, 2018.

4. Mediation with Mr. Beskind will be held in the Office of the United States Attorney for the Eastern District of North Carolina on October 30, 2018.

5. Within seven business days of resolution or impasse certified by the mediator, the parties shall file with the court a joint written status update.

6. If the case does not resolve in mediation, the parties shall include in the status update their proposed plan for continued case management and scheduling and shall file a proposed amended scheduling order complete with signature block for United States District Court Judge Louise W. Flanagan.

SO ORDERED.

_____
LOUISE W. FLANAGAN
United States District Judge