IN THE UNTED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-19-FL

| | |
|---|---|
| JENNIFER POORE, as Administrator of the ESTATE OF THOMAS EUGENE MARTIN, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | ORDER ALLOWING JOINT SECOND MOTION TO AMEND DEADLINES |

UPON CONSIDERATION of the parties' Joint Second Motion to Amend Deadlines and the entire record,

IT IS HEREBY ORDERED that on this 1st day of April, 2019, that the parties' joint motion is GRANTED:

IT IS ORDERED FURTHER THAT:

1. Plaintiff will serve Rule 26(a)(2)(B) and 26(a)(2)(C) reports on or before July 19, 2019. Plaintiff will serve, along with the reports, the dates of availability for deposition of each expert.

2. Defendant will serve Rule 26(a)(2)(B) and 26(a)(2)(C) reports on or before August 27, 2019. Defendant will serve, along with the reports, the dates of availability for deposition of each expert.

3. Plaintiff shall have until July 19, 2019 to amend the pleadings and to join additional parties.

4. Defendant shall have until August 27, 2019 to amend the pleadings and to join additional parties.

5. Rule 26(e) supplementation is due within thirty (30) days of receipt, but in no event after the close of discovery.

6. Discovery shall close on December 6, 2019.

7. Dispositive motions shall be filed on or before January 9, 2020.

8. The parties request a pretrial conference in March 2020.

9. The case shall be ready for trial in April 2020.

SO ORDERED.

_____
LOUISE W. FLANAGAN
United States District Judge